# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

| | |
|---|---|
| MYLIK JAQUAN STARNES, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 1:24-cv-00077-MTS |
| UNKNOWN CAROLL, *et al.*, | ) |
| Defendants. | ) |

## **MEMORANDUM AND ORDER**

When Plaintiff filed this action, he sought leave to proceed without prepaying fees or costs, but he failed to "submit a certified copy of the trust fund account statement (or institutional equivalent)" for "the 6-month period immediately preceding the filing of the complaint . . ., obtained from the appropriate official of each prison at which [he] is or was confined." 28 U.S.C. § 1915(a)(2). The Court denied his Application without prejudice and provided him forty-five days within which to prepay the $405 filing fee in its entirety or file a proper Application to Proceed in District Court Without Prepaying Fees or Costs.

Plaintiff then submitted a letter to the Court stating that he had "been trying to get" a copy of his account statement but that jail officials "strongly refuse[d] to" provide him one. Doc. [5]. For this reason, the Court will provide Plaintiff with more time to submit a certified copy of his account statement. Federal law requires Plaintiff to provide the Court with a copy of his account statement. *See* 28 U.S.C.

§ 1915(a)(2).  The Court is confident that jail officials will provide Plaintiff with the necessary certified copy.  For Plaintiff's benefit, the Court will instruct the Clerk of Court to send three copies of this Memorandum and Order to Plaintiff so that he may provide copies to the appropriate jail officials to assist him in obtaining a copy of his account statement.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is given through **Friday, August 2, 2024**, to file a proper Application to Proceed in District Court Without Prepaying Fees or Costs, including a certified copy of his inmate account statement.  *See* 28 U.S.C. § 1915(a)(2).

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to send Plaintiff three (3) copies of this Memorandum and Order so that Plaintiff may provide copies to the appropriate jail officials to assist him in obtaining a certified copy of his account statement in compliance with federal law.

Dated this 20th day of June 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE